| | |
|---|---|
| 1 | Anne M. Bevington (SBN 111320)<br>abevington@sjlawcorp.com |
| 2 | Kimberly A. Hancock (SBN 205567)<br>khancock@sjlawcorp.com |
| 3 | Carol A. Treasure (SBN 225751) |
| 4 | ctreasure@sjlawcorp.com<br>SALTZMAN & JOHNSON LAW CORPORATION |
| 5 | 44 Montgomery Street, Suite 2110<br>San Francisco, CA 94104 |
| 6 | Telephone: (415) 882-7900 |
| 7 | Facsimile: (415) 882-9287 |
| 8 | Attorneys for Plaintiffs Automotive Industries Pension Trust Fund, |
| 9 | and Trustees James H. Beno, Don Crosatto, Stephen J. Mack, James Schwantz,<br>Doug Cornford, John DiBernardo, Jose Santana, and James Wells |
| 10 | Robert F. Schwartz, No. 227327<br>Clarissa A. Kang, No. 210660 |
| 11 | Jahiz Noel Agard, No. 282988<br>TRUCKER ✦ HUSS |
| 12 | A Professional Corporation<br>One Embarcadero Center, 12th Floor |
| 13 | San Francisco, CA 94111<br>Telephone:    (415) 788-3111 |
| 14 | Facsimile:    (415) 421-2017<br>E-mail:       rschwartz@truckerhuss.com |
| 15 | ckang@truckerhuss.com<br>jagard@truckerhuss.com |
| 16 | |
| 17 | Attorneys for Defendants<br>Mike Rose's Auto Body, Inc., Washington |
| 18 | Township Central Investment Co., William<br>F. Brunelli, James R. Brunelli, Andrew M.<br>Brunelli, Joan M Brunelli Devries, Barbara |
| 19 | A. Brunelli Young, Richard R. Brunelli |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 23 | AUTOMOTIVE INDUSTRIES PENSION<br>TRUST FUND, et al., | Case No.: 17-cv-00602 JST<br>_____ |
| 24 | Plaintiffs, | |
| 25 | v. | **STIPULATION AND JOINT<br>REQUEST TO EXTEND THE** |
| 26 | MIKE ROSE'S AUTO BODY INC., a<br>California corporation, et al. | **DEADLINE FOR MEDIATION;**<br>~~PROPOSED~~ **ORDER** |
| 27 | Defendants. | |

STIP AND JOINT REQUEST TO CONTINUE MEDIATION DATE; ~~PROPOSED~~ ORDER
CASE NO. 17-cv-00602 JST

- 2 -

P:\CLIENTS\AUTPF\W\CASES\Central Collision\Pleadings - Mike Rose's\All Pleadings\Stip to Extend Mediation Deadline (C17-602).doc

IT IS HEREBY STIPULATED by and between the parties to this action, by and through their attorneys of record, and the parties jointly request that the Court permit them to extend the deadline for their mediation session, currently set as September 16, 2017, to September 20, 2017 due to the availability of all parties and participants. The parties submit that good cause exists for the following reasons.

1. On June 16, 2017, the parties filed a stipulation selecting ADR process and agreed that mediation would be completed within 90 days from the date of the Court's order adopting the stipulation. The presumptive deadline for the mediation session is Saturday, September 16, 2017. (90 days from the date of the court's order adopting the stipulation) On June 18, 2017, the Honorable Jon S. Tigar signed the order.

2. On June 20, 2017, the parties were assigned to mediator Robert Hirsch, Esq.

3. On July 24, 2017, the parties participated in a pre-mediation phone conference with Mediator Hirsh. During that conference call with the Mediator, the parties proposed several dates for scheduling the Mediation subject to the availability of all parties.

4. The parties intend to conduct written discovery involving the exchange of documents prior to the Mediation.

5. On July 26, 2017, the parties essential to resolving the case confirmed their availability to hold the mediation on September 20, 2017.

6. For the reasons stated above, the parties respectfully request that the Court permit the parties to hold the mediation session on September 20, 2017, which should allow sufficient time to complete the ADR process well in advance of Trial, scheduled for October 29, 2018.

7. The parties respectfully request that the Court approve this stipulation and incorporate its terms in an Order.

//
//
//
//
//

STIP AND JOINT REQUEST TO CONTINUE MEDIATION DATE; ~~PROPOSED~~ ORDER
CASE NO. 17-cv-00602 JST
- 2 -
P:\CLIENTS\AUTPF\W\CASES\Central Collision\Pleadings - Mike Rose's\All Pleadings\Stip to Extend Mediation Deadline (C17-602).doc

IT IS SO STIPULATED.

SALTZMAN & JOHNSON LAW CORPORATION

DATED: July 27, 2017          By: /S/ Carol A. Treasure
                                  Anne M. Bevington
                                  Kimberly Hancock
                                  Carol A. Treasure
                                  Attorneys for Plaintiffs

TRUCKER ✦ HUSS

DATED: July 27, 2017          By: /S/ Robert Schwartz
                                  Robert Schwartz
                                  Attorneys for Defendants

CERTIFICATION RE SIGNATURES

I attest that concurrence in the filing of this document has been obtained from each of the other Signatories.

Dated: July 27, 2017                    /s/ Carol A. Treasure
                                        CAROL A. TREASURE

**IT IS SO ORDERED.**

Dated: July 31, 2017

_____
HON. JON S. TIGAR
United States District Judge

STIP AND JOINT REQUEST TO CONTINUE MEDIATION DATE; ~~PROPOSED~~ ORDER
CASE NO. 17-cv-00602 JST

- 2 -

P:\CLIENTS\AUTPF\W\CASES\Central Collision\Pleadings - Mike Rose's\All Pleadings\Stip to Extend Mediation Deadline (C17-602).doc