| | |
|---|---|
| 1 | Anne M. Bevington, Esq. (SBN 111320) |
| 2 | Kimberly A. Hancock, Esq. (SBN 205567) |
| | Matthew P. Minser, Esq. (SBN 296344) |
| | SALTZMAN & JOHNSON LAW CORPORATION |
| 3 | 44 Montgomery Street, Suite 2110 |
| | San Francisco, CA 94104 |
| 4 | (415) 882-7900 |
| | (415) 882-9287 – Facsimile |
| 5 | abevington@sjlawcorp.com |
| | khancock@sjlawcorp.com |
| 6 | mminser@sjlawcorp.com |
| 7 | Attorneys for Plaintiffs, Automotive Industries |
| | Pension Trust Fund, et al. |
| 8 | |
| 9 | Robert F. Schwartz, No. 227327 |
| | Clarissa A. Kang, No. 210660 |
| | Jahiz Noel Agard, No. 282988 |
| 10 | TRUCKER ✦ HUSS |
| | A Professional Corporation |
| 11 | One Embarcadero Center, 12th Floor |
| | San Francisco, CA 94111 |
| 12 | Telephone: (415) 788-3111 |
| | Facsimile: (415) 421-2017 |
| 13 | E-mail: rschwartz@truckerhuss.com |
| | ckang@truckerhuss.com |
| 14 | jagard@truckerhuss.com |
| 15 | Attorneys for Defendants |
| | Mike Rose's Auto Body, Inc., et al. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, et al., | Case No.: Case No. 17-cv-00602 JST |
| Plaintiffs, | STIPULATION AND JOINT REQUEST TO MODIFY SCHEDULING ORDER TO EXTEND DISCOVERY CUT-OFF DATES; AND |
| v. | [PROPOSED] ORDER |
| MIKE ROSE'S AUTO BODY INC., a California corporation, et al. | |
| Defendants. | Complaint Filed: February 6, 2017 |

IT IS HEREBY STIPULATED by and between the parties to this action, by and through their attorneys of record, and the parties jointly request that the Court modify its Scheduling Order, issued June 21, 2017 (Doc. No. 26), as follows:

| Event | Scheduled Date | Requested Date | Previous Extension |
|---|---|---|---|
| Fact discovery cut-off | Feb. 28, 2018 | Mar. 30, 2018 | None |
| Expert disclosures | Mar. 22, 2018 | Apr. 23, 2018 | None |
| Expert rebuttal | Apr. 22, 2018 | May 15, 2018 | None |
| Expert discovery cutoff | May 25, 2018 | June 1, 2018 | None |
| Deadline to file dispositive motions | Jun. 21, 2018 | No change | None |
| Pretrial conference statement due | Sept. 25, 2018 | No change | None |
| Pretrial conference | Oct. 5, 2018 2:00 p.m. | No change | None |
| Trial | Oct. 29, 2018 8:30 a.m. | No change | None |

The parties submit that good cause exists for the following reasons.

1. The above schedule was set by the Court in its Scheduling Order on June 21, 2017. The parties have not requested any previous extensions of these dates. The requested extensions are for discovery cut-off dates only and do not delay the dates for filing dispositive motions, or for the pretrial conference and trial.

2. The parties are engaged in settlement negotiations and wish to attempt a resolution of this matter before incurring further expense of discovery.

3. The parties have propounded written discovery and have conferred regarding the setting of depositions. A number of deponents are not available in February but are available in March. The parties have agreed on the following discovery plan, subject to the Court's granting their joint request to modify the schedule:

| | |
|---|---|
| 1 | March 5, 2018 - Plaintiffs' Responses to Defendant's Written Discovery due |
| 2 | March 14, 2018 – Depositions of Trustees James Beno and Doug Cornford |
| 3 | March 19, 2018 – Defendant's Responses to Plaintiffs' Written Discovery due |
| 4 | March 16, 19, or 20 – Deposition of Trust Fund 30(b)(6) |
| 5 | March 1 -- 30 -- Third-Party Depositions |
| 6 | March 21 – 30 – Depositions of Defendants William Brunelli, James Brunelli, Brennan Rose, Mike Rose's Auto Body, Inc. 30(b)(6), and Washington Township Central Investment 30(b)(6). |

7. The parties respectfully request that the Court approve this stipulation and incorporate its terms in an Order.

IT IS SO STIPULATED.

SALTZMAN & JOHNSON LAW CORPORATION

DATED: February 13, 2018        By: /S/ Anne M. Bevington
                                     Anne M. Bevington
                                     Attorneys for Plaintiffs


TRUCKER ✦ HUSS

DATED: February 13, 2018        By: /S/ Robert F. Schwartz
                                     Robert F. Schwartz
                                     Attorneys for Defendants

CERTIFICATION RE SIGNATURES

I attest that concurrence in the filing of this document has been obtained from Robert F. Schwartz.

Dated: February 13, 2018                /s/ Anne M. Bevington
                                         Anne M. Bevington

**IT IS SO ORDERED.**

Dated: ____February 14, 2018____, ~~2017~~

_____
HON. JON S. TIGAR
United States District Judge