Anne M. Bevington, Esq. (SBN 111320)
Kimberly A. Hancock, Esq. (SBN 205567)
Matthew P. Minser, Esq. (SBN 296344)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
abevington@sjlawcorp.com
khancock@sjlawcorp.com
mminser@sjlawcorp.com

Attorneys for Plaintiffs, Automotive Industries
Pension Trust Fund, et al.

Robert F. Schwartz, No. 227327
Clarissa A. Kang, No. 210660
Jahiz Noel Agard, No. 282988
TRUCKER ✦ HUSS
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, CA  94111
Telephone:   (415) 788-3111
Facsimile:    (415) 421-2017
E-mail:       rschwartz@truckerhuss.com
              ckang@truckerhuss.com
              jagard@truckerhuss.com

Attorneys for Defendants
Mike Rose's Auto Body, Inc., et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, et al.,<br><br>　　　　　　Plaintiffs,<br>v.<br><br>MIKE ROSE'S AUTO BODY INC., a California corporation, et al.<br><br>　　　　　　Defendants. | Case No.:  Case No. 17-cv-00602 JST<br><br>STIPULATION AND JOINT REQUEST TO FURTHER MODIFY SCHEDULING ORDER TO EXTEND DISCOVERY CUT-OFF DATES; AND<br>[PROPOSED] ORDER<br><br>Complaint Filed: February 6, 2017 |

　　IT IS HEREBY STIPULATED by and between the parties to this action, by and through their attorneys of record, and the parties jointly request that the Court modify its Scheduling

- 1 -
STIP. AND JOINT REQUEST TO MODIFY SCHEDULING ORDER TO FURTHER EXTEND
DISCOVERY CUT-OFF; [PROPOSED] ORDER; CASE NO. 3:17-cv-00602 JST

173641.v1

Order, initially issued June 21, 2017 (Doc. No. 26) and modified on February 14, 2018 (Doc. No. 36), as follows:

| Event | Scheduled Date | Requested Date | Previous Extension |
|---|---|---|---|
| Fact discovery cut-off | Mar. 30, 2018 | April 30, 2018 | 1 |
| Expert disclosures | Apr. 23, 2018 | May 14, 2018 | 1 |
| Expert rebuttal | May 15, 2018 | May 28, 2018 | 1 |
| Expert discovery cutoff | June 1, 2018 | June 8, 2018 | 1 |
| Deadline to file dispositive motions | Jun. 21, 2018 | No change | None |
| Pretrial conference statement due | Sept. 25, 2018 | No change | None |
| Pretrial conference | Oct. 5, 2018 2:00 p.m. | No change | None |
| Trial | Oct. 29, 2018 8:30 a.m. | No change | None |

The parties submit that good cause exists for the following reasons.

1. The Scheduling Order was initially issued on June 21, 2017, and modified pursuant to the parties' joint request on February 14, 2018. The currently requested extensions are for discovery cut-off dates **only** and do not delay the dates for filing dispositive motions, or for the pretrial conference and trial.

2. The parties are actively engaged in settlement negotiations and wish to attempt a resolution of this matter before incurring further expense of discovery.

3. The parties have propounded written discovery and have conferred regarding the setting of depositions. The parties have agreed on the following discovery plan, subject to the Court's granting their joint request to modify the schedule:

- April 3, 2018 – Defendant's Responses to Plaintiffs' Written Discovery due.

- 2 -
STIP. AND JOINT REQUEST TO MODIFY SCHEDULING ORDER TO FURTHER EXTEND DISCOVERY CUT-OFF; [PROPOSED] ORDER; CASE NO. 3:17-cv-00602 JST

173641.v1

| | |
|---|---|
| 1 | • April 15, 2018 – Plaintiff's Responses to Defendants' Written Discovery due. |
| 2 | • Depositions may be conducted at any time pursuant to the Federal Rules of Civil Procedure and the Civil Local Rules, or by mutual agreement. |

7. The parties respectfully request that the Court approve this stipulation and incorporate its terms in an Order.

IT IS SO STIPULATED.

SALTZMAN & JOHNSON LAW CORPORATION

DATED: March 9, 2018    By: /S/ Anne M. Bevington
                        Anne M. Bevington
                        Attorneys for Plaintiffs

TRUCKER ✦ HUSS

DATED: March 9, 2018    By: /S/ Robert F. Schwartz
                        Robert F. Schwartz
                        Attorneys for Defendants

CERTIFICATION RE SIGNATURES

I attest that concurrence in the filing of this document has been obtained from Anne M. Bevington.

Dated: March 9, 2018    /s/ Robert F. Schwartz
                        Robert F. Schwartz

**IT IS SO ORDERED.** The Court is unlikely to grant any further requests for continuance.

Dated: __March 12__, 2018

_____
HON. JON S. TIGAR
United States District Judge

- 3 -
STIP. AND JOINT REQUEST TO MODIFY SCHEDULING ORDER TO FURTHER EXTEND
DISCOVERY CUT-OFF; [PROPOSED] ORDER; CASE NO. 3:17-cv-00602 JST

173641.v1