Anne M. Bevington, Esq. (SBN 111320)
Kimberly A. Hancock, Esq. (SBN 205567)
Matthew P. Minser, Esq. (SBN 296344)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
abevington@sjlawcorp.com
khancock@sjlawcorp.com
mminser@sjlawcorp.com

Attorneys for Plaintiffs, Automotive Industries
Pension Trust Fund, et al.

Robert F. Schwartz, No. 227327
Clarissa A. Kang, No. 210660
Jahiz Noel Agard, No. 282988
TRUCKER ✦ HUSS
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, CA 94111
Telephone:   (415) 788-3111
Facsimile:    (415) 421-2017
E-mail:        rschwartz@truckerhuss.com
                  ckang@truckerhuss.com
                  jagard@truckerhuss.com

Attorneys for Defendants
Mike Rose's Auto Body, Inc., et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>MIKE ROSE'S AUTO BODY INC., a California corporation, et al.<br><br>        Defendants. | Case No.: Case No. 17-cv-00602 JST<br><br>SECOND STIPULATION AND JOINT REQUEST TO FURTHER MODIFY SCHEDULING ORDER TO EXTEND DISCOVERY CUT-OFF DATE; AND [PROPOSED] ORDER<br><br>Complaint Filed: February 6, 2017 |

IT IS HEREBY STIPULATED by and between the parties to this action, by and through their attorneys of record, and the parties jointly request that the Court modify its Scheduling

Order, initially issued June 21, 2017 (Doc. No. 26) and modified on February 14, 2018 (Doc. No. 36) and March 12, 2018 (Doc. No. 39), to extend the deadline for fact discovery as follows:

| Event | Scheduled Date | Requested Date | Previous Extension |
|---|---|---|---|
| Fact discovery cut-off | April 30, 2018 | June 8, 2018 | 2 |
| Expert disclosures | May 14, 2018 | No change | 2 |
| Expert rebuttal | May 28, 2018 | No change | 2 |
| Expert discovery cutoff | June 8, 2018 | No change | 2 |
| Deadline to file dispositive motions | June 21, 2018 | No change | None |
| Pretrial conference statement due | Sept. 25, 2018 | No change | None |
| Pretrial conference | Oct. 5, 2018 2:00 p.m. | No change | None |
| Trial | Oct. 29, 2018 8:30 a.m. | No change | None |

The parties submit that good cause exists for the following reasons.

1. The Scheduling Order was initially issued on June 21, 2017, and modified pursuant to the parties' joint request on February 14, 2018 and March 12, 2018. The currently requested extension is for the fact discovery cut-off **only** and does not delay the dates for filing dispositive motions, or for the pretrial conference and trial.

2. The parties are actively engaged in settlement negotiations and have reached a tentative agreement on the amount of the settlement, but are continuing to negotiate the scope of the release and whether the settlement of this action should satisfy the judgment against a non-party in a previous case, and wish to attempt a resolution of this matter before incurring further expense of discovery..

3. The parties have propounded written discovery and have conferred regarding the setting of depositions. The parties have agreed on the following discovery plan, subject to the Court's granting their joint request to modify the schedule:

- April 27, 2018 – Defendant's Responses to Plaintiffs' Written Discovery due.
- May 9, 2018 – Plaintiff's Responses to Defendants' Written Discovery due.
- Depositions may be conducted at any time pursuant to the Federal Rules of Civil Procedure and the Civil Local Rules, or by mutual agreement.

7. The parties respectfully request that the Court approve this stipulation and incorporate its terms in an Order.

IT IS SO STIPULATED.

SALTZMAN & JOHNSON LAW CORPORATION

DATED: April 10, 2018          By: */s/ Anne M. Bevington*
                                    Anne M. Bevington
                                    Attorneys for Plaintiffs


TRUCKER ✦ HUSS

DATED: April 10, 2018          By: */s/ Robert F. Schwartz*
                                    Robert F. Schwartz
                                    Attorneys for Defendants

### CERTIFICATION RE SIGNATURES

I attest that concurrence in the filing of this document has been obtained from Anne M. Bevington.

Dated: April 10, 2018                    */s/ Robert F. Schwartz*
                                          Robert F. Schwartz

**IT IS SO ORDERED.** No further continuances will be granted based on the parties' efforts to reach a settlement.

Dated: __April 12__, 2018

_____
HON. JON S. TIGAR
United States District Judge

- 3 -
SECOND STIP. AND JOINT REQUEST TO MODIFY SCHEDULING ORDER TO FURTHER EXTEND DISCOVERY CUT-OFF; [PROPOSED] ORDER; CASE NO. 3:17-cv-00602 JST
174389