Anne M. Bevington (SBN 111320)
abevington@sjlawcorp.com
Kimberly A. Hancock (SBN 205567)
khancock@sjlawcorp.com
Matthew P. Minser (SBN 296344)
SALTZMAN & JOHNSON LAW CORPORATION
1141 Harbor Bay Parkway, Suite 100
Alameda, CA 94502
Telephone: (510) 906-4710

Attorneys for Plaintiffs Automotive Industries Pension Trust Fund,
and Trustees James H. Beno, Don Crosatto, Stephen J. Mack, James Schwantz,
Doug Cornford, John DiBernardo, Jose Santana, and James Wells

Robert F. Schwartz, No. 227327
Clarissa A. Kang, No. 210660
Jahiz Noel Agard, No. 282988
TRUCKER ✦ HUSS
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, CA 94111
Telephone: (415) 788-3111
Facsimile: (415) 421-2017
E-mail: rschwartz@truckerhuss.com
ckang@truckerhuss.com
jagard@truckerhuss.com

Attorneys for Defendants
Mike Rose's Auto Body, Inc., Washington
Township Central Investment Co., William
F. Brunelli, James R. Brunelli, Andrew M.
Brunelli, Joan M. Brunelli Devries, Barbara
A. Brunelli Young, Richard R. Brunelli,
individually and as Trustee of the Brunelli
Family Trust, Brunelli Family Bypass Trust

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, et al., <br><br> Plaintiffs, <br> v. <br><br> MIKE ROSE'S AUTO BODY INC., a California corporation, et al. <br><br> Defendants. | Case No.: Case No. 17-cv-00602 JST <br><br> **STIPULATION FOR VOLUNTARY DISMISSAL;** <br> **[PROPOSED] ORDER THEREON** |

The parties to this action stipulate pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that this action is hereby dismissed in its entirety, with prejudice. Each party shall bear his, her or its own fees and costs.

Dated: August 14, 2018

SALTZMAN & JOHNSON LAW CORPORATION

By: /S/
Anne M. Bevington
Attorneys for Plaintiffs

TRUCKER ✦ HUSS

Dated: August 14, 2018

By: /S/
Robert F. Schwartz
Attorneys for Defendants

CERTIFICATION RE SIGNATURES

I attest that concurrence in the filing of this document has been obtained from Robert F. Schwartz.

Dated: August 14, 2018

/S/
ANNE M. BEVINGTON

IT IS SO ORDERED.

Dated: August 14, 2018

JON S. TIGAR
United States District Judge